# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Kevin Sterk, individually and on behalf of all others similarly situated,

V.

Path, Inc.

CASE NUMBER: 1:13-cv-02330

ASSIGNED JUDGE: Hon. Samuel Der-Yeghiayan

DESIGNATED MAGISTRATE JUDGE: Hon. Maria Valdez

TO: (Name and address of Defendant)

Path, Inc.
Corporation Service Company as registered agent
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ari J. Scharg
Edelson LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654

an answer to the complaint which is herewith served upon you, within _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service. Thom

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

DATE: April 1, 2013

Civil Action No. 1:13-cv-02330

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Path, Inc.
was received by me on *(date)* 04/02/2013 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Sue Rhea, Managing Agent , who is
designated by law to accept service of process on behalf of *(name of organization)* Path, Inc.
at Corporation Service Co., Registered Agent on *(date)* 04/02/2013 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/03/2013

*Server's signature*

Daniel Newcomb, Process Server
*Printed name and title*

Delaware Attorney Services
3516-16 Silverside Road
Wilmington, DE 19810 (302) 429-0657
*Server's address*

Additional information regarding attempted service, etc:
Service was made on 4/2/2013 at 3:18 PM, at Corporation Service Co., 2711 Centerville Rd. # 400, Wilmington, DE 19808.
Documents Served: Summons in a Civil Action; Class Action Complaint with Jury Trial Demanded; and Plaintiff's Motion for and Memorandum in Support of Class Certification