# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 2330 | **DATE** | 5/28/2013 |
| **CASE TITLE** | Kevin Sterk vs. Path, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 08/22/13 at 9:00 a.m. Amber Abbuhl's and Brandee Caswell's motions for leave to appear pro hac vice for Defendant [21], [22] are granted. Defendant's motion to dismiss [15] is entered and continued. Plaintiff's response shall be filed by 06/18/13 and Defendant's reply shall be filed by 07/02/13. Defendant's motion to stay [15] is denied.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | maw |
|---|---|---|