**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Kevin Sterk
                Plaintiff,
v.                           Case No.: 1:13−cv−02330
                              Honorable Samuel Der−Yeghiayan
Path, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 26,2013:

      MINUTE entry before Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 1/8/2014 at 9:00 a.m. Limited discovery ordered closed by 12/31/2013. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.