IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN STERK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PATH, INC., a Delaware corporation,<br><br>Defendants. | Case No. 1:13-cv-2330<br><br>**The Honorable Samuel Der-Yeghiayan** |

**UNCONTESTED MOTION FOR EXTENSION OF TIME
TO ANSWER PLAINTIFF'S COMPLAINT**

Defendant, Path, Inc. ("Path"), by and through its attorneys, and pursuant to Federal Rule of Civil Procedure Rule 6(b), respectfully requests this Court enter an order extending the time for it to answer Plaintiff's Complaint through October 22, 2013. In support of its uncontested motion, Defendant Path states the following.

1. On May 21, 2013, Path, Inc. filed its Motion to Dismiss and/or Stay Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and based on the doctrine of primary jurisdiction, along with its accompanying Brief. (Doc. Nos. 15 & 16)

2. The Motion was fully briefed, and on September 26, 2013, the Court announced it was denying the Motion and provided a hard copy to counsel. The Court's Memorandum Opinion denying the Motion was not served until September 30, 2013 (Doc. No. 33). The Memorandum Opinion does not address a responsive pleading deadline by which Path would be required to answer the Complaint in light of the Dismissal and such time period was not addressed during the hearing on September 26, 2013.

3. Path is undergoing a change in counsel (a Motion for Substitution is forthcoming). Path's new counsel reasonably requires until October 22, 2013 to complete its review of the file and prepare the answer to Plaintiff's Complaint. Path's counsel has conferred with Plaintiff's counsel, Ari Scharg, in writing on October 15, 2013 to request an agreement that Path will file an answer on or before October 22, 2013, and Plaintiff's counsel agreed.

4. This request for additional time is Path's first request for an extension following the issuance of the Memorandum Opinion and is not meant for purposes of delay or harassment.

5. This request for additional time will not affect any existing event or deadline scheduled in this case, including the ongoing and limited discovery to be closed on or before December 31, 2013. (Doc. No. 32)

WHEREFORE, Defendant Path, Inc. respectfully requests this Court enter an order extending the time for it to answer Plaintiff's Complaint through October 22, 2013.

Dated:  October 16, 2013                              Respectfully submitted,


By: */s/* Patrick M. Miller

Patrick M. Miller (No. 6278044)
FAEGRE BAKER DANIELS LLP
311 South Wacker Drive, Suite 4400
Chicago, Illinois  60606
Telephone:  (312) 212-6500
Facsimile:  (312) 212-6501
Patrick.Miller@FaegreBD.com

Counsel for Defendant, Path, Inc.

**CERTIFICATE OF SERVICE**

I, Patrick M. Miller, an attorney, certify that I shall cause to be served a copy of the **DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO COMPLAINT** upon the following individual(s) electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this 16th day of October, 2013.

| | |
|---|---|
| _X_ CM/ECF | *Counsel for Plaintiff Sterk and the Putative Class* |
| ___ Facsimile | Jay Edelson |
| ___ Federal Express | Rafey S. Balabanian |
| ___ Mail | Ari J. Scharg |
| ___ Messenger | David I. Mindell |
| | EDELSON LLC |
| | 350 North LaSalle, Suite 1300 |
| | Chicago, IL 60654 |
| | jedelson@edelson.com |
| | rbalabanian@edelson.com |
| | ascharg@edelson.com |
| | dmindell@edelson.com |
| | Tel: (312) 589-6370 |
| | Fax: (312) 589-6378 |

*Counsel for Defendant, Path, Inc.*
David H. Kramer
Wilson Sonsini Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel: (650) 493.9300

*/s/* Patrick M. Miller