# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Kevin Sterk
                Plaintiff,

v.                                 Case No.: 1:13−cv−02330
                                     Honorable Samuel Der−Yeghiayan

Path, Inc.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 8, 2014:

       MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 05/22/14 at 9:00 a.m. As stated on the record, Plaintiff's corrected motion to compel [60] is granted. Plaintiff's motion to compel [59] is stricken as moot. Cross motions for summary judgment are to be filed by 01/31/14. Responses to motions for summary judgment are to be filed by 02/28/14 and replies are to be filed by 03/14/14. Mailed notice(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.