# Exhibit 11
# Submitted Under Seal

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

KEVIN STERK, individually and on behalf
of all others similarly situated,

                Plaintiff,

     v.

PATH, INC., a Delaware corporation,

                Defendant.

Case No. 1:13-cv-02330

Hon. Samuel Der-Yeghiayan

Action Filed: March 28, 2013

## SECOND AMENDED EXPERT WITNESS REPORT OF RANDALL A. SNYDER

## TABLE OF CONTENTS

I.      QUALIFICATIONS ................................................................................................. 1

II.     STATEMENT OF OPINIONS TO BE EXPRESSED AT TRIAL AND
        THE BASES OR REASONS FOR THOSE OPINIONS .................................................. 3

        A.      Bases for opinions ........................................................................................... 3

        B.      Background about the TCPA and automatic telephone dialing systems ..................... 5

        C.      Background about text messaging, Value Added Service Providers, and SMS
                aggregators ................................................................................................... 6

        D.      Background about Defendant Path's and Twilio's role in this case ......................... 9

        E.      Background about Plaintiff Sterk and the text message at issue .............................. 9

        F.      Overview of intended testimony and analysis of the transmission of the
                text messages at issue ..................................................................................... 10

                i.      The Path Application ........................................................................... 11

                ii.     The Transmission of the Text Messages at Issue ................................... 13

        G.      Summary of anticipated testimony ................................................................... 15

III.    COMPENSATION ................................................................................................. 15

IV.     TESTIMONY ....................................................................................................... 15

## Second Amended Expert Witness Report of Randall A. Snyder

### *Prepared Pursuant to Fed. R. Civ. P. 26(a)(2)(B)*

I, Randall A. Snyder, have prepared this Second Amended Expert Witness Report

("Report") pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure for the purpose

of summarizing my forthcoming expert opinion testimony to be offered in the instant matter

captioned *Sterk v. Path, Inc.*, No. 1:13-CV-02330 (N.D. Ill.).

## I. QUALIFICATIONS.

I am an independent telecommunications technology consultant and the President of

Wireless Research Services, LLC, a company that specializes in wireless cellular

telecommunications consulting. I have over 28 years of experience in telecommunications

network and system architecture, engineering, design and technology. I am an expert in the fields

of both wireline and wireless telecommunications networking technology. I have been retained

as a testifying or consulting expert in 65 cases regarding cellular telecommunications

technology, including 42 cases regarding Short Message Service ("SMS") technology and 36

cases regarding the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") and

associated regulations. In addition, I have been retained as an expert by both plaintiffs and

defendants in cases regarding the TCPA.

I have taught many classes and seminars on both wireline and wireless

telecommunication network technologies and have been a panelist and speaker at numerous

conferences at the Institute of Electrical and Electronics Engineers ("IEEE"), the Personal

Communication Society ("PCS"), and the Cellular Telecommunications and Internet Association

("CTIA") as an expert in telecommunication networks. I spent seven years developing standards

within the American National Standards Institute's subsidiary organization, the

Telecommunications Industry Association ("TIA"), providing technical contributions and authoring and editing telecommunications proposed standards documents. Most notably, I authored and oversaw the standardization of Interim Standard 93, providing interconnection technology between wireline and wireless networks, which is a fully accredited national standard of the American National Standards Institute ("ANSI"). I am the co-author of the McGraw-Hill books "Mobile Telecommunications Networking with IS-41," and "Wireless Telecommunications Networking with ANSI-41, 2nd edition" published in 1997 and 2001, respectively. These books have sold several thousand copies and were required reading for wireless engineers at AT&T Wireless and Motorola for several years. The latter book has also been relied upon and cited numerous times as a reference for various patents in the telecommunications industry. I have been issued 16 patents myself on telecommunications networking technology and currently have seven additional published patents pending. I have also authored several articles on telecommunications technology and have been quoted numerous times in industry trade publications. I have consulted for and been employed by many wireline and wireless telecommunications companies including McCaw Cellular, AirTouch, AT&T Wireless, AT&T Mobility, Lucent, Nokia, Ericsson, Nextwave, MCI, Sprint and other telecommunications technology vendors and service providers. I was also nominated in 2006 for a National Television Arts Emmy Award for Outstanding Achievement in Advanced Media Technology for unique wireless content distribution technology I designed while employed at Entriq, Inc. In addition, in 2002, I was co-founder of m-Qube, Inc., one of the first text message based mobile marketing companies in North America. m-Qube founded and established the Mobile Marketing Association (*see* http://www.mmaglobal.com) which subsequently established the technology and methodology for the use of text message based short codes within North

America.

I have been issued four patents on SMS technology, including the invention of short code technology, and my books have been cited in four additional issued patents on SMS technology. Still more detail, as well as details of publications that I have authored or co-authored within at least the past 10 years, are provided in my attached *curriculum vitae* (a true and accurate copy of which is attached hereto as Exhibit A) along with a list of cases where I served as a testifying or consulting expert.

## II. STATEMENT OF OPINIONS TO BE EXPRESSED AT TRIAL AND THE BASES OR REASONS FOR THOSE OPINIONS.

### A. Bases for opinions.

My opinions summarized below, which I expect to provide further testimony about in this matter, are based on my knowledge, education, experience, training and my review of the following documents in this case: Class Action Complaint; Memorandum of Law in Support of Path, Inc.'s ("Path") Motion to Dismiss and/or Stay; Declaration of Kimberly Jabal in Support of Defendant Path's Motion to Dismiss and/or Stay; Plaintiff's Response in Opposition to Defendant's Motion to Dismiss; Reply in Support of Path's Motion to Dismiss; Path's Rule 26(a)(1) Initial Disclosures; the Court's September 26, 2013 Memorandum Opinion; Defendant Path's Objections and Responses to Plaintiff's First Set of Interrogatories; Defendant Path's Objections and Responses to Plaintiff's First Set of Requests for Production of Documents; Defendant Path's Objections and Responses to Plaintiff's Second Set of Interrogatories; Defendant Path's Objections and Responses to Plaintiff's First Set of Requests to Admit; Plaintiff Sterk's Answers to Defendant Path's First Set of Interrogatories; Plaintiff Sterk's Answers to Defendant Path's First Set of Requests for Admission; Plaintiff Sterk's Responses to Defendant Path's First Set of Requests for Production; Amended Answer of Defendant Path;

Defendant Path's Amended Objections and Responses to Plaintiff's First Set of Interrogatories;

December 11, 2013 Deposition of Michael DiCarlo; Text Message Transmission Record of

Message Sent to Mr. Kevin Sterk (Bates No. PATH000096); Text Message Transmission

Records (Bates Nos. PATH000097 – PATH000319); Path Source Code of Application Program

Interface (Bates Nos. PATH000004 – PATH000010); Amazon Web Services Customer

Agreement (Bates Nos. PATH000011 – PATH000017); Path Requested NUX Flows (Bates Nos.

PATH000076 – PATH000090); Path User Profile of Ms. Elizabeth Howell (Bates Nos.

PATH000091 – PATH000095); Common Short Code Association ("CSCA") Short Code

Registration for Common Short Code ("CSC") 59730 (Bates Nos. Sterk 0001 – Sterk 0006);

Neustar CSC Invoices to Twilio, Inc. ("Twilio") for CSC 59730 (Bates Nos. Sterk 0007 – Sterk

0020); CSCA Order Management History for CSC 59730 (Bates Nos. Sterk 0021 – Sterk 0032);

Neustar CSC Sales Receipts to Twilio for CSC 59730 (Bates Nos. Sterk 0033 – Sterk 0040);

CSCA Order Review History for CSC 59730 (Bates Nos. Sterk 0041 – Sterk 0073); Change

Request for CSC 59730 to Transfer Short Code Registration from Twilio to Path (Bates Nos.

Sterk 0074 – Sterk 0078); Screenshots of Text Messages Received by Mr. Sterk (Bates Nos.

Sterk 0079 – Sterk 0080); Online Article: Path is Racking Up a $500,000 Per Month Spam Bill

(Bates Nos. Sterk 0081 – Sterk 0083); Online Article: Path is Spamming Address Books with

Unwanted Texts and Robocalls – Again (Bates Nos. Sterk 0084 – Sterk 0087); Online Article:

Users Complain Path Sending Spam Messages to Contacts, Company Says it's a Feature not a

Bug (Bates Nos. Sterk 0088 – Sterk 0091); Twilio Website Pages, User Guide, Tutorial, Feature

Descriptions, Pricing, etc. (Bates Nos. Sterk 0092 – Sterk 0141); LinkedIn Message from Mr.

Rarig Ross to Mr. Sterk (Bates No. Sterk 0142); Mobile Marketing Association, U.S. Consumer

Best Practices for Messaging, Version 7.0 (dated October 16, 2012); Mobile Marketing

Association, Global Code of Conduct (dated July 15, 2008); the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* and regulations promulgated thereunder; the Federal Communications Commission's ("FCC") Report and Order in the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991 dated October 16, 1992; 2003 TCPA Order, 18 FCC, July 25, 2003; the FCC's Report and Order in the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991 dated January 4, 2008; the Appeal from the United States District Court for the Northern District of California, No. 07-16356, D.C. No. CV-06-02893-CW Opinion, filed June 19, 2009; the FCC's Report and Order in the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991 dated February 15, 2012; and the FCC's Declaratory Ruling in the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991, SoundBite Communications, Inc. Petition for Expedited Declaratory Ruling dated November 29, 2012.

      B.    <u>Background about the TCPA and automatic telephone dialing systems.</u>

The TCPA prohibits, among other things, unsolicited voice and text calls to cellular telephone numbers using an automatic telephone dialing system ("ATDS"), which the statute defines as "equipment which has the capacity – (i) to store or produce telephone numbers to be called, using a random or sequential number generator; and (ii) to dial such numbers."

The FCC has held that prohibitions under the TCPA apply equally to both voice calls and SMS text message calls to cellular telephone numbers. *See Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991,* CG Docket No. 02-278, February 15, 2012. Furthermore, the FCC has held that prohibitions under the TCPA apply to equipment that store and dial lists of telephone numbers without human intervention as well as random or sequentially

generated numbers. *See Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991,* CG Docket No. 02-278, January 4, 2008.

    C.    Background about text messaging, Value Added Service Providers, and SMS aggregators.

SMS is a communications system and method designed to enable an individual cellular telephone subscriber to send a short text message communication (typically no more than 160 characters) from his or her cellular telephone to another individual's cellular telephone (*i.e.*, the message recipient). SMS text messages are typically sent individually from one subscriber to another using a cellular telephone number as the destination address of the message. The sender's cellular telephone number is preserved as part of the message so that the message recipient knows the cellular telephone number of the sender.

Over the past several years many companies have emerged that provide what is known as value-added text messaging services using SMS technology, meaning that they provide a variety of text messaging services (*i.e.*, SMS) that are not strictly peer-to-peer in the sense of subscriber-to-subscriber manual communications; rather, these are companies use automated computer equipment to send and receive text messages using SMS to and from individual cellular telephone subscribers. They are technically referred to as Value Added Service Providers ("VASPs") and many of them are external entities to the cellular network carriers.

VASPs are typically in the business of creating and operating text message-based applications in order to develop and maintain communication with cellular telephone subscribers for commercial purposes. The automated computer equipment that these VASPs utilize is used for a variety of text messaging applications, marketing campaigns and dialogs to communicate with cellular subscribers. Common applications are voting (the most popular example being the text message voting used to vote for contestants on the *American Idol* television program) as

well as receiving news alerts, informative notifications, coupons and sports scores where short messages are sent to cellular subscribers on a regular basis.

Moreover, these VASPs utilize equipment that has the ability to send any number of text messages *en masse* to cellular telephone subscribers as well as receive individual text messages from those subscribers. Messages sent from the branded company to a cellular subscriber are termed "mobile-terminated" and messages sent from a cellular subscriber to a branded company are termed "mobile-originated."

VASPs send and receive text messages by connecting to the cellular carrier networks using internet-based connections and communications protocols. The primary protocol used is known as the Short Message Peer-to-Peer ("SMPP") protocol. SMPP is an internet-based communications protocol specifically designed for communications between a VASP and a cellular network's Short Message Service Center ("SMSC"). SMSCs are network entities that are maintained and controlled within the cellular carriers' networks and are the store and forward repositories for text messages to be both delivered to and sent from mobile subscribers.

VASPs' connections to the cellular network carriers are internet connections and use a special number as the address by which cellular text messages are sent and received in order to communicate with cellular subscribers. All messages sent to a particular subscriber are delivered to that subscriber's "home" SMSC within the subscriber's home cellular network. Since VASPs are not mobile subscribers, they are not identified by a mobile telephone number; rather, VASPs use a special number as an originating address for short text messages sent to mobile subscribers. This number is known as a "short code." A short code is a special and unique 5- or 6-digit number that is obtained from an independent agency, the CSCA wholly owned and operated by Neustar, Inc. ("Neustar"), that manages and assigns these number resources in the U.S. on behalf

of the cellular network carriers. Individual short code numbers are leased by the VASPs to run automatic mobile text messaging applications. These numbers are provisioned (*i.e.*, programmatically stored) by the cellular network carriers so that "mobile-originated" messages can be properly sent from cellular subscribers to the correct VASP platform applications.

The short code numeric value is a virtual number and when provisioned (*i.e.*, programmatically stored) in the cellular networks, must be associated with a computing platform identified by an internet protocol ("IP") address. In this way, these text messages can be sent from a particular VASP, identified by a particular IP address, to a particular SMS aggregator and subsequently to the wireless networks for delivery to cellular telephone subscribers. The cellular subscribers see the associated short code numeric address as the originating address of the message. Conversely, text messages can be sent from a particular cellular subscriber to a VASP, using a particular numeric short code address as the destination address of the message. The wireless networks subsequently forward that text message to the SMS aggregator and then the VASP using an IP address associated with the numeric short code.

In many cases, VASPs do not connect directly to the cellular carrier networks (*e.g.*, Verizon Wireless or AT&T Mobility). Establishing and maintaining direct connections to individual carrier networks is expensive, time consuming and technically difficult. Because of business and technical barriers, VASPs are only able to connect indirectly to the carrier networks through intermediary companies known as SMS aggregators. These SMS aggregators are in the business of connecting to multiple cellular carrier networks and reselling that connectivity to VASPs.

Aggregation of multiple cellular carrier network connections into a single connection to a VASP is highly advantageous to the VASP. First, it enables a VASP to send and receive text

messages to and from cellular telephone subscribers quickly and easily. Second, it enables the VASP to send and receive text messages to and from all mobile subscribers in the U.S. at once, regardless of which cellular carrier serves them. And third, SMS aggregators can assist in the application approval process with the cellular carriers as well as ensuring that any short codes used to access SMS applications are provisioned on all the cellular carrier networks.

D.     Background about Defendant Path's and Twilio's Role in this case.

Path is a company that provides social networking services to consumers through a mobile application designed exclusively for use on cellular telephones (the "Path application"). (*See* https://www.path.com; *see also* Memorandum of Law in Support of Path, Inc.'s Motion to Dismiss and/or Stay, Dkt. 16; Exhibit B, Declaration of Kimberly Jabal in Support of Defendant Path, Inc.'s Motion to Dismiss and/or Stay [cited as "Jabal Decl."].) As part of its service, Path transmitted text messages to cellular telephone subscribers promoting the Path application. (*See* Memorandum of Law in Support of Path, Inc.'s Motion to Dismiss and/or Stay, Dkt. 16 at 4-5; *see also* Exhibit B, Jabal Decl., ¶¶ 10-11; Exhibit C, December 11, 2013 Deposition of Michael DiCarlo [cited as "DiCarlo Dep."], at 88:16-17, 91:8-25, 92:1-10.) In order for Path to transmit such text messages, Path integrated its servers with those of Twilio by using Twilio's application programming interface ("API").[1] (*See id.*) In these roles, Path acted as a VASP and Twilio acted as an SMS aggregator.

E.     Background about Plaintiff Sterk and the text messages at issue.

On March 21, 2013, Plaintiff Sterk received a text message from the numeric short code "59730." A true and correct copy of the message is attached hereto as Exhibit D (Bates No. Sterk 0079), which reads:

---

[1]     An "API" is essentially a programmatic method of communication between two computer systems.

> Elizabeth Howell wants to
> show you photos on Path.
> Get the app:
> https://path.com/i/2Mt2p6

On June 17, 2013, Plaintiff received another text message from the numeric short code

"59730." A true and correct copy of the message is attached hereto as Exhibit F (Bates No. Sterk

0080), which reads:

> Kevin - Cassie Gregerson
> wants to share personal
> photos with you on Path!
> https://path.com/i/29ZD0M

At the time that the above text messages were sent, short code "59730" was leased from

and registered with Neustar's CSCA by Twilio as the SMS aggregator on behalf of Path as the

mobile content provider. (*See* Exhibit G, Bates Nos. Sterk 0001 – Sterk 0006, Sterk 0074 – Sterk

0078; *see also* Exhibit H, Resp. to Req. No. 9 of Defendant Path's Objections and Responses to

Plaintiff's First Set of Requests to Admit.)

F.     Overview of intended testimony and analysis of the transmission of the text
        messages at issue.

As described further below, at any hearing in which I am called to testify, I will be

prepared to testify on whether such equipment had the capacity to dial telephone numbers from

lists without human intervention in a sequential manner, whether such equipment did, in fact,

dial telephone numbers from lists without human intervention in a sequential manner, and

whether such equipment was, in fact, used to transmit the text messages at issue.

10

████████████████████████████████████████████

████████████████████

       i.     *The Path Application.*

In order to use the Path application, a mobile subscriber must first download the mobile application onto a smartphone. The application is available from the Google Play mobile application store[2] for Android-based smartphones and from the iTunes mobile application store[3] for Apple iOS-based iPhones. Once the application is downloaded onto the user's mobile phone, the user is required to create an account, or register, with Path's central backend server (Exhibit I, Bates No. PATH000078). As part of the registration process, the Path application attempts to find family or friends to join the user's new social network by uploading contacts from various sources on the mobile device (Exhibit I, Bates Nos. PATH000079-PATH000080). These sources include contacts (*i.e.* cellular telephone numbers) from the electronic address book on the mobile phone and contacts who are associated with the user on Facebook.

According to Ms. Jabal, in her declaration, "[a] Path user may [then] choose to invite friends who are already on Path or may invite friends who are not yet on Path…." (Exhibit B, Jabal Decl., ¶10.) In order to "invite friends who are not yet on Path," "the user can allow Path to access contact information for all of his or her friends and family and initiate text message or email invitations to more than one contact (effectively, the user can scroll through his or her contacts and select phone numbers to send multiple invitations at once). When this is done, any phone numbers selected by the user receive a text message invitation initiated by that particular user to join Path. In this group invitation scenario, the text message is delivered through an SMS

---

[2]      *See* https://play.google.com/store/apps/details?id=com.path.

[3]      *See* https://itunes.apple.com/us/app/path/id403639508?mt=8.

short code by Twilio, a third-party vendor which provides connectivity to mobile telephone networks…." (Exhibit B, Jabal Decl., ¶11.)

ii.    *The Transmission of the Text Messages at Issue.*

Mr. Sterk received the first text message described in Section II.E above (*see* Exhibit D, Bates No. Sterk 0079, *see also* Exhibit E, PATH000096) after Ms. Howell presumably registered for an account with Path (via the Path application) on March 21, 2013. (*See* Exhibit K, Bates Nos. PATH000091-PATH000095; *see also* Exhibit J, Bates Nos. PATH000004-PATH000010.)

████████████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████ The text message

contained an invitation to join Path along with a hyperlink to download the Path mobile

application. (*Id.*)

████████████████████████████████████████████████

█████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████████████

█████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████.

      G.     Summary of anticipated testimony.

██████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████

## III. COMPENSATION

I am compensated at a rate of $400.00 per hour for my work on this case, including for my study, analysis, and testimony in this case. To date, I have invoiced the firm $9,480,00 for my work on this case.

## IV. TESTIMONY

During the previous four years, I have testified as an expert at trial or by deposition in the following cases: *Keen v. Delta Outsource Group, Inc.*, No. 3:13-cv-00078 (M.D. Fl.); *Gragg v. Orange Cab Company, Inc.*, No. C-13-80109-JSW (DMR) (N.D. Cal.); *Benzion et al. v. Vivint, Inc.*, No. 12-cv-61826 (S.D. Fl.); *N5 Technologies LLC v. Capital One, N.A., et al.*, No. 2:12-cv-00686 (E.D. Tex.); *Wanca v. LA Fitness International, LLC*, No. 11 CH 4131 (Cir. Ct. Lake Cnty., Ill.); *Manno v. Healthcare Revenue Recovery Group, LLC*, No. 11-cv-61357 (S.D. Fl.);

*Connelly, et al. v. Hilton Grant Vacations Company, LLC*, No. 12CV599 JLS (KSC) (S.D. Cal.);

*Lee v. Stonebridge Life Insurance Company*, No. 3:2011-cv-00043 (N.D. Cal.); *Cricket*

*Communications, Inc. v. HipCricket, Inc.*, No. 2:08-cv-00908-MJP (W.D. Wash.); *Walker v.*

*Motricity, Inc.*, No. 3:08-cv-03648 (N.D. Cal.); *Rynearson v. Motricity, Inc.*, No. C08-1138MJP

(W.D. Wash.); *TeleCommunication Systems, Inc. v. Mobile365, Inc.*, No. 3:06-cv-00485 (E.D.

Va.).

Dated: January 24, 2014

_____
Randall A. Snyder

# EXHIBIT A

**Randall A. Snyder**
**Curriculum Vitae**

## Professional Summary

Randall Snyder is a recognized expert in wireless and cellular telecommunications technology, executive manager and leader, designing, developing, marketing and managing mobile telecommunication system and software products. He has over 28 years of experience specializing in wireless telecommunications technology, network architecture, design, system engineering, marketing and product management. He is a reputable leader and strategic developer with a successful background building startups. He is skilled presenter, communicator, and educator with success impacting organizational performance, corporate reputation and increasing sales. Mr. Snyder is results-oriented, highly organized and creatively focused on adhering to organizational missions and philosophy while designing best-of-breed mobile technology solutions. He has extensive travel experience to Asia-Pac, Latin America and Europe supporting engineering, sales and marketing with familiarity with wireless network operators and manufacturers worldwide. Mr. Snyder has several years of wireless standards development with extensive travel throughout Asia-Pac, Latin America and Europe.

## Expertise

- <u>Business Relations</u>: Seminars, Sales Presentations and Sales Engineering
- <u>Legal</u>: Provisional and Patent Applications, Subject Matter Expert Consultant, Expert Witness and Testimony, Litigation Support, Sales and Vendor Contract Negotiations and Review, Qualified as an Expert in Federal District Court
- <u>Management</u>: Strategic/Tactical Planning, Product Management, Marketing Management, Operations Management, Competitive Analysis, Problem Resolution, Project Planning, Risk Management

- <u>Organizational</u>: P&L Management, Budget Planning, Expense Reduction and Cost Control
- <u>Technology</u>: Wireless Network Engineering, Design and Architecture, Multimedia Systems, Mobile Internet, Mobile Video, Mobile Marketing, mCommerce and Mobile Payments, Mobile Telecommunications Standards, 3G, UMTS, LTE, LBS, SMS, MMS, WAP, GSM, and ANSI-41 (CDMA) Networking, Signaling System No. 7 (SS7), Communications Protocols, Telephone Consumer Protection Act (TCPA), Automatic Telephone Dialing Systems (ATDS)

## Education

| <u>Year</u> | <u>College or University</u> | <u>Degree</u> |
|------|------------------------|--------|
| 1984 | Franklin and Marshall College | B.A., Mathematics (minor in Astronomy) |

> **Randall A. Snyder**
> **Curriculum Vitae**

## Professional Experience

From:          January 2007
To:            Present
Organization:  Wireless Research Services, LLC; Las Vegas, NV
Title:         President and Founder
Summary:       Responsible for consulting business, and revenue as well as being the principal consultant. Areas of subject matter expertise include mobile and cellular networking, 3G, LTE, UMTS, GSM, ANSI-41, LBS, SMS, MMS, WAP, SS7, Diameter Signaling, Automatic Telephone Dialing Systems (ATDS) and mobile multimedia systems. With this expertise, primary consulting is in the area of system and product architecture, design, development, management and marketing as well as patent preparation and development, expert reports, expert testimony and litigation support. Expert witness and technology consultant for over 65 legal cases; authored over 50 expert reports for intellectual property cases, Telephone Consumer Protection Act (TCPA) cases and wireless technology litigation cases.

Notable Case:

- Personally cited by <u>United States Court of Appeals for the Ninth Circuit</u>. Satterfield v. Simon & Schuster, Inc. No. 07-16356, D.C. No. CV-06-02893-CW Opinion. Appeal from the United States District Court for the Northern District of California. Opinion by N.R. Smith, Circuit Judge. Filed June 19, 2009.

  Result of expert opinion greatly expanded the TCPA and was followed by formal FCC Declaratory Rulings that text messages are calls as defined by the TCPA and a stored electronic list of telephone numbers falls within the definition of an Automatic Telephone Dialing System (ATDS).

From:          September 2007
To:            August 2010
Organization:  Finsphere Corporation; Bellevue, WA
Title:         Vice President Product Management & Wireless Engineering
Summary:       Was among the first handful of employees at Finsphere prior to Series A funding. As vice president of product management and wireless engineering and a member of the executive management team, was responsible for product management activities and wireless technology solutions for Finsphere's products. These products encompassed mobile location based software-as-a-service (SaaS) products offered primarily to financial institutions and banks. Responsibilities included product requirements and system functionality, strategic planning, R&D of new technologies, wireless network interconnectivity as well as wireless technology for Finsphere's products. Was also responsible for market strategies, white papers and development and management of intellectual property and patent applications.

**Randall A. Snyder**
**Curriculum Vitae**

From:            May 2004
To:              April 2007
Organization:    Entriq, Inc.; Carlsbad, CA
Title:           Vice President Product Management
Summary:         Was responsible for the entire product management team and system architecture for
                 Entriq's products and services. Products encompassed mobile and broadband pay
                 media applications (specializing in video), digital rights management (DRM) and
                 security solutions, e-commerce and m-commerce systems as well as ad management
                 and delivery solutions for both broadband and mobile media services. Responsibilities
                 also included network and protocol analysis, market analysis, evaluation of third-party
                 software and services, all vendor contract negotiations, RFP responses and overall
                 administrative responsibility for the entire product line. Was responsible for directing
                 and managing the technical writing department producing all user documentation
                 associated with the products. Was nominated for a National Television Arts and
                 Sciences Emmy Award for Outstanding Achievement in Advanced Media Technology
                 for unique mobile technology designed, developed and commercially deployed as part
                 of Entriq's solution.

From:            February 2002
To:              November 2003
Organization:    m-Qube, Inc. (acquired by Verisign); Boston, MA
Title:           Vice President Product Management and Carrier Marketing
Summary:         Was responsible for the entire product management and carrier marketing teams,
                 member of the executive management team and one of the founders. Was responsible
                 for all product management, system engineering and product strategy for all business
                 conducted with the wireless industry and carriers. Was in charge of the market strategy
                 and wireless network architecture for m-Qube's mobile marketing service, a value-
                 added service offering mobile marketing solutions to wireless carriers using short
                 message services (SMS) for GSM and CDMA networks. The service architecture
                 enabled branded companies to deploy promotional marketing and messaging campaign
                 dialogs with mobile subscribers via SMS. The network architecture required definition
                 and design of all aspects of the overall network including SMS technology,
                 interconnectivity to the wireless carriers, signaling, traffic management, market
                 requirements for features and services, network equipment specifications and OA&M.

From:            April 2001
To:              February 2002
Organization:    Bitfone Corporation; Mountain View, CA
Title:           Vice President Product Management and Marketing
Summary:         Was responsible for the entire product management team and all of the company's
                 product definitions, strategies and positioning. Had direct responsibility for market
                 and product requirements, market research, competitive analysis, product strategy and
                 sales strategy. Bitfone's products included the iBroker, a mobile Internet technology
                 infrastructure platform to enhance WAP, MMS, mobile e-mail and wireless

> **Randall A. Snyder**
> **Curriculum Vitae**

messaging. Was also responsible for the mProve product (obtained via merger with Digital Transit, Inc.) providing over-the-air firmware and software update technology to mobile devices.

| | |
|---|---|
| From: | November 2000 |
| To: | April 2001 |
| Organization: | Openwave Systems (via merger of Phone.com and Software.com); Redwood City, CA |
| Title: | Executive Director Emerging Technologies |
| Summary: | Was responsible for new 3G technologies and providing market and product plans for those technologies for the entire product line. Primary responsibility for the 3GPP Multimedia Messaging Service (MMS), collecting market requirements from customers, developing corporate strategy for MMS and preparing the organization for additional development of the product. In addition, taught wireless technology classes to the different departments at Openwave and educated them on wireless service provider strategies and network technologies. |

| | |
|---|---|
| From: | March 2000 |
| To: | November 2000 |
| Organization: | @Mobile and Software.com (via acquisition); Santa Barbara, CA |
| Title: | Director Wireless Product Management |
| Summary: | Was responsible for the product managers and for all of the wireless internet infrastructure products. Responsibilities included the overall market and product strategy for Software.com's wireless e-mail, short message service, instant messaging and unified messaging products. Was responsible for the overall revenues generated from these products based on detailed product plans and internal organizational planning. Much of his time was spent working with the executive management team and the sales directors on corporate market strategy. |

| | |
|---|---|
| From: | December 1999 |
| To: | March 2000 |
| Organization: | FreeSpace Communications, Inc.; Palo Alto, CA |
| Title: | Consulting Network Systems Engineer |
| Summary: | Was responsible for the complete design of the backbone network architecture for a new broadband fixed wireless data network. This new architecture incorporated DSL as the backbone network technology. The network architecture required definition and design of all aspects of the overall network plan including DSL technology, IP technology, ATM technology, interconnectivity to the PSTN, operations signaling, traffic engineering, market requirements for network features and services, network equipment specifications and OA&M. |

| | |
|---|---|
| From: | April 1992 |
| To: | December 1999 |
| Organization: | Synacom Technology, Inc.; San Jose, CA |

**Randall A. Snyder**
**Curriculum Vitae**

Title:
Summary:          Executive Director Product Marketing and Management

1998 – 1999       Executive Director Product Marketing and Management

- Responsible for managing the entire product management and marketing
  department of Synacom Technology, including market research and planning,
  product management and market communications. Lead the entire design,
  definition and product direction of all aspects of Synacom's products.

1997 – 1998       Director Systems Engineering

- Responsible for coordinating and managing the overall functional and
  requirements specifications for all Synacom's products as well as the detailed test
  plans used for alpha system testing of those products. Also responsible for
  directing and managing the technical writing department producing all of the user
  documentation associated with all of the products. Provided the primary sales
  engineering support for sales and marketing and was involved in nearly every
  aspect of the product lifecycle.

1996 – 1997       Director Consulting Services and Principal Engineer

- Responsible for obtaining, coordinating and managing all technical consulting
  projects performed by the company. These projects included wireless network
  architecture and design for both IS-41 and GSM networks for dozens of client
  companies (carriers and equipment manufacturers). In this role, continued as a
  member of both the ANSI/TIA TR45.2 Subcommittee for cellular radio
  intersystem operations standards and the ANSI/TIA TR46 Committee for 1900
  MHz GSM PCS standards. Major contributor to TR46 in the area of GSM-to-IS-41
  network interworking. Also authored, edited and published TIA standard
  specification IS-93 for cellular network interconnections to the PSTN and ISDN.

1992 – 1996       Principal Engineer

- Consulted for McCaw Cellular, AT&T Wireless, AirTouch Cellular, AirTouch
  Satellite Services, Globalstar, Nokia, MCI, Sprint PCS, XYPoint, NextWave,
  NewNet American Personal Communications, CTIA and several other national and
  international wireless telecommunications companies.

- Wrote wireless network design and analysis papers including HLR specifications,
  Authentication Center specifications, PCS network design, short message service
  (SMS) design, intelligent network applications of wireless technology and in-house
  expert in signaling protocols. Extensive experience with Signaling System No. 7,
  including both protocol implementation and design. Authored the Standard
  Requirements Document for the SS7-based A-interface between the base station
  and MSC used throughout the TIA. Also involved in the design of the Bellcore
  WACS/PACS technology, digital cellular network service and feature descriptions,
  SCPs and HLRs. Extensive experience developing the architecture and design of
  distributed intelligent networks including, SS7, cellular, PCS, AIN and WIN
  networks. Key member of the original Cellular Digital Packet Data (CDPD)
  architecture and design team. Designed the CDPD air interface protocol emulator

**Randall A. Snyder**
**Curriculum Vitae**

developed and marketed by AirLink Communications, Inc.

From:            December 1990
To:              April 1992
Organization:    AT&T Bell Laboratories; Whippany, NJ
Title:           Consulting Member of the Technical Staff
Summary:         Evaluated wireless technology services for the Wireless Systems Architecture group.
                 Also participated as a system engineer on the design of the Global System for Mobile
                 (GSM) communication architecture and a software engineer developing the base
                 station controller (BSC) for GSM. Also responsible for planning, coordinating,
                 designing and testing the SS7 protocol software for the GSM A-interface between the
                 BSC, MSC and operations and maintenance center (OMC). High-level and detailed
                 design specifications were developed to coordinate the protocol testing between two
                 remote laboratories. Provided the traffic analysis and traffic engineering of call traffic
                 for the BSC. Specifically designed and developed the dynamic traffic overload control
                 subsystem for the BSC. Presentations were given to technical staffs at multiple Bell
                 Laboratories facilities supporting this work.

From:            May 1987
To:              December 1990
Organization:    DGM&S, Inc.; Mt. Laurel, NJ
Title:           Senior Staff Consultant
Summary:         Responsible for the design, development and test coordination of an advanced
                 intelligent network applications platform for a service control point (SCP). Also spent
                 several years as a consulting software engineer for Siemens AG, developing and
                 testing SS7 and call control software for the EWSD digital switching system for
                 international as well as U.S. national network implementations. This work involved
                 extensive travel to both Frankfurt and Munich, Germany for software system design
                 and testing. Also involved in the concept, design and technical marketing of
                 proprietary enabling technology software products for SS7 and ISDN.

From:            May 1986
To:              May 1987
Organization:    ADP, Inc.; Mt. Laurel, NJ
Title:           Senior Software Engineer and Analyst
Summary:         Responsible for the design and development of data communications and real time
                 database application software for a host data center that provided real time financial
                 information to large brokerage houses. Data communication protocol expertise in
                 HDLC, RS-232 and IBM BiSync.

**Randall A. Snyder**
**Curriculum Vitae**

From:          June 1984
To:            May 1986
Organization:  C3, Inc.; Cape May, NJ
Title:         Consulting Systems Analyst and Software Engineer
Summary:       Civilian consulting systems analyst and engineer to the U.S. Coast Guard Electronics
               Engineering Center (EECEN) for C3, Inc. Developed sophisticated database software
               for shipboard use including inventory and law enforcement applications. The work
               included the follow-through of the entire project lifecycle including writing of
               requirements, functional, design and program specifications, coding, debugging, alpha
               and beta testing, release, shipboard installation and continuing technical support of the
               product. Received a personal commendation from Admiral W.F. Merlin, Chief, Office
               of Command, Control and Communications, for successful efforts on these projects.

## Professional Affiliations, Achievements & Awards

- Member, Mobile Multimedia Institute
- Nominated, Technology and Engineering Emmy Award for Outstanding Achievement in Advanced
  Media Technology, 2006

## Patents & Publications

### Issued Patents

| Patent | Date | Description |
|---|---|---|
| Mexico 308720 B | 12/04/2013 | Sistema y Metodo para el Analisis Automatizado que Compara una Ubicacion del Dispositivo Inalambrico con Otra Ubicacion Geografica |
| US 8,588,748 | 11/19/2013 | System and Method for Mobile Identity Protection of a User of Multiple Computer Applications, Networks or Devices |
| US 8,437,784 | 05/07/2013 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,374,634 | 02/12/2013 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 8,280,348 | 10/02/2012 | System and Method for Mobile Identity Protection Using Mobile Device Signaling Network Derived Location Pattern Recognition |
| US 8,155,677 | 04/10/2012 | Mobile Messaging Short Code Translation and Routing System and Method |
| New Zealand 580499 | 08/31/2012 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |

**Randall A. Snyder**
**Curriculum Vitae**

| | | |
|---|---|---|
| US 8,131,262 | 03/06/2010 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,116,731 | 02/14/2012 | System and Method for Mobile Identity Protection of a User of Multiple Computer Applications, Networks or Devices |
| Australia 2008/115299 | 02/09/2012 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| S. Africa 2009/06947 | 01/26/2011 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 7,792,518 | 09/07/2010 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 7,403,788 | 07/22/2008 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 6,128,389 | 10/03/2000 | Authentication Key Management System and Method |
| US 5,970,144 | 10/19/1999 | Secure Authentication-Key Management System and Method for Mobile Communications |
| US 5,850,445 | 12/15/1998 | Authentication Key Management System and Method |
| US 5,799,084 | 08/25/1998 | System and Method for Authenticating Cellular Telephonic Communication |

## Published Patents Pending

| Patent Application | Date | Description |
|---|---|---|
| 20110202407 | 08/18/2011 | System and Method for Improving Internet Search Results Using Telecommunications Data |
| 20110154447 | 06/23/2011 | Systems and Methods for Authenticating a User of a Computer Application, Network or Device Using a Wireless Device |
| 20100041380 | 02/18/2010 | System and Method for Determining and Delivering Appropriate Multimedia Content to Data Communication Devices |
| 20090204815 | 08/13/2009 | System and Method for Wireless Device Based User Authentication |
| 20080119210 | 05/22/2008 | Wireless Messaging Address System and Method |
| 20080114884 | 05/15/2008 | Centralized Mobile and Wireless Messaging Opt-Out Registry System and Method |
| 20060224943 | 10/05/2006 | Method and System to Automatically Publish Media Assets |

## Publications

1. What Workers Want from Wireless by Randall A. Snyder; April 15, 2004. America's Network, Advantar Communications, Santa Ana, California USA.

2. Snyder, Randall A. and Gallagher, Michael D. Wireless Telecommunications Networking with ANSI-41 Second Edition; McGraw-Hill, New York, NY USA; © Copyright 2001 Randall A. Snyder and Michael D. Gallagher. *Foreword by Tom Wheeler, current Chairman, Federal Communications Commission.*

3. Forecasting SS7 Traffic by Randall A. Snyder; November 1, 2000. Wireless Review, Volume 17, Number 21, Intertec Publishing, Overland Park, KS USA.

**Randall A. Snyder**
**Curriculum Vitae**

4. Gallagher, Michael D. and Snyder, Randall A. Mobile Telecommunications Networking with IS-41; McGraw-Hill, New York, NY USA; © Copyright 1997 Michael D. Gallagher and Randall A. Snyder.

5. IS-41/GSM Interoperability by Randy Snyder; December, 1995, Cellular Networking Perspectives, Cellular Networking Perspectives, LTD, Calgary, Alberta, Canada.

## Citations

1. Commendation from Admiral W.F. Merlin, Chief, Office of Command, Control and Communications, USCG (1986)

2. Method and Apparatus for Routing Short Messages, US Patent #6308075, Issued October 23, 2001.

3. Mediation Software for Delivery of Interactive Mobile Messaging and Personalized Content to Mobile Devices. Patent Application # 20020120779, August 29, 2002.

4. Automatic In-Line Messaging System, US Patent #6718178, Issued April 6, 2004.

5. Method and System for Wireless Instant Messaging, US Patent #7058036, Issued June 6, 2006.

6. United States Court of Appeals for the Ninth Circuit. Satterfield v. Simon & Schuster, Inc. No. 07-16356, D.C. No. CV-06-02893-CW Opinion. Appeal from the United States District Court for the Northern District of California. Opinion by N.R. Smith, Circuit Judge. Filed June 19, 2009.

**Randall A. Snyder
Curriculum Vitae**

## Litigation Support Experience

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Horton v. Cavalry Portfolio Services LLC |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013 – 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Law Office of Scott D. Owens, Esq. and Farmer, Jaffee, Weissing, Edwards, Fistos & Lehrman, P.L. |
| Case Name: | Legg v. Voice Media Group, Inc. |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013 – 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Edelson LLC |
| Case Name: | Sterk v. Path, Inc. |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013 – 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Penn v. NRA Group, LLC |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Reed v. GC Services LP |
| Services Provided: | Consulting expert for plaintiff |

**Randall A. Snyder**
**Curriculum Vitae**

Disposition:       Settled
Date:              2013

*Expert Engagement:*
Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                   related to short message service (SMS) technology
Law Firm:          The Lavery Law Firm
Case Name:         Volpe v. Caribbean Cruise Line, Inc.
Services Provided: Consulting expert for plaintiff
Disposition:       Dismissed
Date:              2013

*Expert Engagement:*
Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and Fair Debt
                   Collection Practices Act (FDCPA) 15 U.S.C. 15 § 1692 related to unlawful
                   cellular telephone calls
Law Firm:          Collins & Story, PA
Case Name:         Keen v. Delta Outsource Group, Inc.
Services Provided: Testifying expert, expert reports, depositions for plaintiff
Disposition:       Ongoing
Date:              2013

*Expert Engagement:*
Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                   related to short message service (SMS) technology
Law Firm:          Francis & Mailman, P.C.
Case Name:         Dominguez v. Yahoo! Inc.
Services Provided: Testifying expert, expert reports for plaintiff
Disposition:       Ongoing
Date:              2013 – 2014

*Expert Engagement:*
Type of Matter:    Washington Consumer Protection Act, RCW 19.86 and RCW 80.36.400 related
                   to unfair business practices and unlawful cellular telephone calls
Law Firm:          Williamson and Williams Law
Case Name:         Kids Northwest v. First Data Corporation
Services Provided: Consulting expert for plaintiff
Disposition:       Ongoing
Date:              2013

*Expert Engagement:*
Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                   related to short message service (SMS) technology
Law Firm:          Heyrich Kalish McGuigan, PLLC
Case Name:         Gragg v. Orange Cab Company, Inc., et al.
Services Provided: Testifying expert, expert reports, depositions for plaintiff
Disposition:       Ongoing

**Randall A. Snyder**
**Curriculum Vitae**

Date:                    2013

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to short message service (SMS) technology
Law Firm:                Wooten, Kimbrough & Normand, PA
Case Name:               Murphy v. DCI Biologicals, LLC
Services Provided:       Testifying expert, expert reports for plaintiff
Disposition:             Settled
Date:                    2013 – 2014

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to unlawful cellular telephone calls
Law Firm:                McGuire Law, P.C.
Case Name:               Murray v. Bill Me Later, Inc.
Services Provided:       Testifying expert, expert reports for plaintiff
Disposition:             Ongoing
Date:                    2013 – 2014

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to short message service (SMS) technology
Law Firm:                Kazerouni Law Group, APC
Case Name:               Sherman v. Yahoo! Inc.
Services Provided:       Testifying expert, expert reports for plaintiff
Disposition:             Ongoing
Date:                    2013 – 2014

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to short message service (SMS) technology
Law Firm:                George Rikos Law
Case Name:               Van Patten v. Vertical Fitness
Services Provided:       Testifying expert, expert reports for plaintiff
Disposition:             Ongoing
Date:                    2013

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and California
                         Business and Professions Code § 17200 class action related to short message
                         service (SMS) technology
Law Firm:                Milberg LLP
Case Name:               D'Agostino v. Jesta Digital, LLC (dba Jamster)
Services Provided:       Testifying expert, expert reports for plaintiff
Disposition:             Settled
Date:                    2013

**Randall A. Snyder**
**Curriculum Vitae**

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and Restrictions on Telemarketing, Telephone Solicitation, and Facsimile Advertising 47 C.F.R. § 64.1200(d)(3) class action related to unlawful cellular telephone calls |
| Law Firm: | Burke Law Offices, LLC |
| Case Name: | Benzion v. Vivint, Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Rutigliano v. Convergent Outsourcing, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology and mobile banking |
| Law Firm: | Panovia Group LLP |
| Case Name: | N5 Technologies, LLC v. Capital One, N.A., et al. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013 – 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 class action related to short message service (SMS) technology |
| Law Firm: | Hartmann and Kananen |
| Case Name: | Baird v. Sabre, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Kazerouni Law Group, APC |
| Case Name: | Emanuel v. The Los Angeles Lakers, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Dismissed |
| Date: | 2013 |

| | |
|---|---|
| ■ | **Randall A. Snyder**<br>**Curriculum Vitae** |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Kazerouni Law Group, APC |
| Case Name: | Barani v. Wells Fargo Bank, N.A. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | McGuire Law, P.C. |
| Case Name: | Smith v. Microsoft Corporation |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to wireless calling party identification technology |
| Law Firm: | K&L Gates LLP |
| Case Name: | Cequint Inc. v. Apple Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Keogh Law, Ltd. |
| Case Name: | Wanca v. LA Fitness International, LLC |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Donald A. Yarbrough, Esq. |
| Case Name: | Mais v. Gulf Coast Collection Bureau, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

**Randall A. Snyder**
**Curriculum Vitae**

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful cellular telephone calls
Law Firm:              Donald A. Yarbrough, Esq.
Case Name:             Manno v. Healthcare Revenue Recovery Group, LLC
Services Provided:     Testifying expert, expert reports, depositions for plaintiff
Disposition:           Settled
Date:                  2013

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology and unlawful charging of
                       cellular telephone customers
Law Firm:              Law Office of Scott D. Owens, Esq.
Case Name:             Wojcik v. Buffalo Bills, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Settled
Date:                  2012 – 2013

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology and unlawful charging of
                       cellular telephone customers
Law Firm:              Law Office of Scott D. Owens, Esq.
Case Name:             Keim v. ADF Midatlantic, LLC (Pizza Hut)
Services Provided:     Testifying expert for plaintiff
Disposition:           Ongoing
Date:                  2012 – 2013

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful cellular telephone calls
Law Firm:              Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP
Case Name:             Connelly v. Hilton Grand Vacations Company, LLC
Services Provided:     Testifying expert, expert reports, depositions for defendant
Disposition:           Class certification denied
Date:                  2012 – 2013

*Expert Engagement:*
Type of Matter:        Intellectual property (patents) related to short message service (SMS) technology
                       and multimedia message service (MMS) technology
Law Firm:              Baker Botts LLP
Case Name:             Intellectual Ventures LLC v. AT&T Mobility LLC, et al.
Services Provided:     Consulting expert for defendant
Disposition:           Ongoing
Date:                  2012

*Expert Engagement:*

**Randall A. Snyder
Curriculum Vitae**

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Edelson LLC |
| Case Name: | Lee v. Stonebridge Life Insurance Company |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2012 – 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Kirby Law Group |
| Case Name: | Agne v. Papa John's International, Inc., et al. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2012 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action and NY GBL 399-P class action related to unlawful calls |
| Law Firm: | Bellin and Associates LLC |
| Case Name: | Tipoo v. Enhanced Recovery Company, LLC |
| Services Provided: | Testifying expert, consulting expert, discovery motions for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2012 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful calls |
| Law Firm: | Burke Law Offices, LLC |
| Case Name: | Bailey v. Household Finance Corporation, et al. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2011 – 2012 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Burke Law Offices, LLC |
| Case Name: | Annoni v. FYISMS.com, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2011 – 2012 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action |

> **Randall A. Snyder**
> **Curriculum Vitae**

related to short message service (SMS) technology and unlawful charging of
cellular telephone customers

| | |
|---|---|
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Schrock v. Wenner Media LLC |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2011 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Summit Law Group |
| Case Name: | Kramer v. Autobytel, Inc. and B2Mobile, LLC |
| Services Provided: | Consulting expert for defendant |
| Disposition: | Settled |
| Date: | 2011 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to wireless location based services (LBS) |
| Law Firm: | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo PC |
| Case Name: | Emsat Geolocation Technology, LLC v. CellCo Limited Partnership (dba Verizon Wireless), et al. |
| Services Provided: | Consulting expert, USPTO affidavits for patent reexamination for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2010 – 2011 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful calls |
| Law Firm: | Keogh Law, Ltd. |
| Case Name: | Griffith v. Consumer Portfolio Services, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2010 – 2011 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful calls |
| Law Firm: | Keogh Law, Ltd. |
| Case Name: | Dobbin v. Wells Fargo Auto Finance, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Dismissed |
| Date: | 2010 – 2011 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology |

**Randall A. Snyder**
**Curriculum Vitae**

Law Firm:              Nelson Bumgardner Casto PC
Case Name:             Celltrace LLC v. AT&T Inc., et al.
Services Provided:     Consulting expert for plaintiff
Disposition:           Undisclosed
Date:                  2010

*Expert Engagement:*
Type of Matter:        California Constitution, Article VI, § 10, class action related to short message
                       service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:              KamberEdelson, LLC
Case Name:             VanDyke v. Media Breakaway, LLC
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Settled
Date:                  2009

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful calls
Law Firm:              Gordon & Rees LLP
Case Name:             Allen v. Rickenbacker Collection Services
Services Provided:     Consulting expert for defendant
Disposition:           Undisclosed
Date:                  2009

*Expert Engagement:*
Type of Matter:        Intellectual property (trademarks) related to short message service (SMS)
                       technology
Law Firm:              Fish & Richardson P.C.
Case Name:             Cricket Communications, Inc. v. HipCricket, Inc.
Services Provided:     Testifying expert, expert reports, depositions for plaintiff
Disposition:           Undisclosed
Date:                  2008 – 2009

*Expert Engagement:*
Type of Matter:        California Constitution, Article VI, § 10, class action related to short message
                       service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:              KamberEdelson, LLC
Case Name:             Albrecht v. mBlox, Inc., et al.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Settled
Date:                  2008 – 2009

*Expert Engagement:*
Type of Matter:        Class action related to short message service (SMS) technology and unlawful
                       charging of cellular telephone customers
Law Firm:              KamberEdelson, LLC
Case Name:             Walker v. Motricity, Inc.
Services Provided:     Testifying expert, expert reports, depositions for plaintiff

| **Randall A. Snyder** |
| **Curriculum Vitae** |

Disposition:        Settled
Date:               2008

*Expert Engagement:*
Type of Matter:     Class action related to short message service (SMS) technology and unlawful
                    charging of cellular telephone customers
Law Firm:           KamberEdelson, LLC
Case Name:          Rynearson v. Motricity, Inc.
Services Provided:  Testifying expert, expert reports, depositions for plaintiff
Disposition:        Settled
Date:               2008

*Expert Engagement:*
Type of Matter:     California Constitution, Article VI, § 10, class action related to short message
                    service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:           KamberEdelson, LLC
Case Name:          Reed v. Sprint Nextel Corporation
Services Provided:  Testifying expert, expert reports for plaintiff
Disposition:        Settled
Date:               2008

*Expert Engagement:*
Type of Matter:     Class action related to short message service (SMS) technology and unlawful
                    charging of cellular telephone customers
Law Firm:           KamberEdelson, LLC
Case Name:          Paluzzi v. CellCo Limited Partnership (dba Verizon Wireless) and mBlox. Inc.
Services Provided:  Consulting expert for plaintiff
Disposition:        Settled
Date:               2008

*Expert Engagement:*
Type of Matter:     Class action related to short message service (SMS) technology and unlawful
                    charging of cellular telephone customers
Law Firm:           KamberEdelson, LLC
Case Name:          Nava v. Predicto Mobile, LLC
Services Provided:  Consulting expert for plaintiff
Disposition:        Settled
Date:               2008

*Expert Engagement:*
Type of Matter:     Class action related to short message service (SMS) technology and unlawful
                    charging of cellular telephone customers
Law Firm:           KamberEdelson, LLC
Case Name:          McFerren v. AT&T Mobility, LLC
Services Provided:  Consulting expert for plaintiff, settlement agreement
Disposition:        Settled
Date:               2008

**Randall A. Snyder**
**Curriculum Vitae**

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Guerrero v. MobileFunster, Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Computer Fraud and Abuse Act, 18 U.S.C. Article § 1030, class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Gray v. Mobile Messenger Americas, Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Goddard v. Google, Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Duffy v. Nevis Mobile, LLC |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Criswell v. MySpace, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

**Randall A. Snyder**
**Curriculum Vitae**

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class Action Fairness Act of 2005, 28 U.S.C. §§ 1332, 1453 and 28 U.S.C. § 1367(a) class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Bradberry v. mBlox, Inc. |
| Services Provided: | Consulting expert, damage estimates for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California Constitution, Article VI, § 10, class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Ayers v. Media Breakaway, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to wireless location based services (LBS) |
| Law Firm: | Hahn Loeser & Parks, LLC |
| Case Name: | Emsat Geolocation Technology, LLC v. CellCo Limited Partnership (dba Verizon Wireless), et al. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Blim & Edelson, LLC |
| Case Name: | Valdez v. Sprint Nextel Corporation |
| Services Provided: | Consulting expert, damages estimate for plaintiff |
| Disposition: | Settled |
| Date: | 2007 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 201 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Blim & Edelson, LLC |
| Case Name: | Bradberry v. T-Mobile USA, Inc. |
| Services Provided: | Testifying expert, expert reports, numerosity for class certification for plaintiff |
| Disposition: | Settled |
| Date: | 2007 |

**Randall A. Snyder**
**Curriculum Vitae**

*Expert Engagement:*

Type of Matter:        California Computer Crime Law, Cal. Pen. Code § 502 and California's Unfair
                       Competition Law, Cal. Bus. & Prof. Code § 17200 class action related to short
                       message service (SMS) technology
Law Firm:              KamberEdelson, LLC
Case Name:             Abrams v. Facebook, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Settled
Date:                  2007

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              Blim & Edelson, LLC
Case Name:             Satterfield v. Simon & Schuster, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Settled
Date:                  2007 – 2009

*Expert Engagement:*

Type of Matter:        Intellectual property (patents) related to short message service (SMS) technology
Law Firm:              Paul Hastings LLP
Case Name:             TeleCommunication Systems, Inc. v. Mobile365, Inc.
Services Provided:     Testifying expert, expert reports, depositions, trial testimony for defendant
Disposition:           Settled
Date:                  2007



Wireless Research Services, LLC
Rate Sheet January 1, 2013

# Wireless Research Services, LLC

## 2013 Rate Sheet

| ITEM | FEE |
|---|---|
| Expert Witness Consulting, Expert Reports | $400 per hour |
| Depositions, In-court Testimony | $450 per hour |
| Required Travel, Lodging, Board and Administrative Expenses | Billed at Actual Cost<br>No Charge for Idle Travel Time |
| Non-refundable Retainer at Time of Engagement | $2,500 |