IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KEVIN STERK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PATH, INC., a Delaware corporation,<br><br>Defendant. | Case No. 1:13-cv-02330<br><br>Judge: Hon. Samuel Der-Yeghiayan<br><br>Action Filed: March 28, 2013 |

**DEFENDANT PATH INC.'S MOTION TO STRIKE
AND EXCLUDE PLAINTIFF'S EVIDENCE**

Defendant Path, Inc., by its undersigned attorneys, hereby moves the Court to strike Sections II.B and II.G of the Second Amended Expert Witness Report of Randall A. Snyder, attached as Exhibit 11 to the Declaration of Ari J. Scharg (Dkt. No. 72-6), as containing improper expert opinion, along with Sections II.D, II.E. and II.F of the Report which merely purport to draw inferences from the record. Path further moves to exclude other inadmissible evidence upon which Plaintiff relies in his Motion for Partial Summary Judgment, as identified in the accompanying Memorandum in Support of Its Motion to Strike and Exclude Plaintiff's Evidence.

Date: February 28, 2014

Respectfully submitted,

/s/ David H. Kramer
David H. Kramer
(admitted pro hac vice)
dkramer@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Tonia Ouellette Klausner
(admitted pro hac vice)
tklausner@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Steven P. Mandell
smandell@mandellmenkes.com
John David Fitzpatrick
jfitzpatrick@mandellmenkes.com
Elizabeth A.F. Morris
emorris@mandellmenkes.com
MANDELL MENKES LLC
One North Franklin Street, Suite 3600
Chicago, Illinois 60606
Telephone: (312) 251-1000
Facsimile: (312) 251-1010

*Attorneys for Defendant Path, Inc.*