IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KEVIN STERK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PATH, INC., a Delaware corporation,<br><br>Defendant. | Case No. 1:13-cv-02330<br><br>[Hon. Samuel Der-Yeghiayan]<br><br>Action Filed: March 28, 2013 |

**PLAINTIFF KEVIN STERK'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Kevin Sterk respectfully submits this Notice of Supplemental Authority to bring the Court's attention to a recent opinion issued by the court in *Lardner v. Diversified Consultants Inc.*, --- F. Supp. 2d ---, 2014 WL 1778960 (S.D. Fla. May 1, 2014) that bears on the primary issue raised by the Parties' pending cross-Motions for Summary Judgment—i.e., whether equipment that dials phone numbers from lists without human intervention falls within the Telephone Consumer Protection Act's ("TCPA") definition of an "automatic telephone dialing system." (Dkt. Nos. 72 & 73.) *See Lardner* 2014 WL 1778960, at \*5 ("automated dialing systems that *automatically dial cell phone numbers from a preprogrammed list* . . . are 'automatic telephone dialing systems' under the TCPA . . . To distinguish between objectionable calls made using automatic dialing software that pulls from a preprogrammed set of telephone numbers and objectionable calls made using software that arbitrarily formulates telephone numbers would not serve the purpose of the statute.") (emphasis added). A copy of the *Lardner* opinion is attached hereto as Exhibit 1.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **KEVIN STERK**, individually and on behalf of all others similarly situated, |
| Dated: May 19, 2014 | By: /s/ John C. Ochoa<br>     One of Plaintiff's Attorneys |
|  | Rafey S. Balabanian<br>rbalabanian@edelson.com<br>Ari J. Scharg<br>ascharg@edelson.com<br>John C. Ochoa<br>jochoa@edelson.com<br>Mark S. Eisen<br>meisen@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378 |
|  | *Counsel for Plaintiff Sterk and the putative Class* |

**CERTIFICATE OF SERVICE**

   I, John C. Ochoa, an attorney, hereby certify that on May 19, 2014, I served the above and foregoing *Plaintiff Kevin Sterk's Notice of Supplemental Authority*, by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this 19th day of May 2014.

                /s/ John C. Ochoa