IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KEVIN STERK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PATH, INC., a Delaware corporation,<br><br>Defendant. | Case No. 1:13-cv-02330<br><br>Judge: Hon. Samuel Der-Yeghiayan<br><br>Action Filed: March 28, 2013 |

### DEFENDANT PATH, INC.'S MOTION
### FOR CERTIFICATION UNDER 28 U.S.C. § 1292(b)

     Defendant Path, Inc., by its undersigned attorneys, hereby moves pursuant to 28 U.S.C. § 1292(b) for the Court to certify for interlocutory appeal the Court's May 30, 2014 Order concerning Defendant Path, Inc.'s motion for summary judgment and Plaintiff Kevin Sterk's motion for partial summary judgment, and to stay this action during that appeal. Path's motion is based on this motion, the accompanying Memorandum in Support of Motion for Certification Under 28 U.S.C. § 1292(b), the pleadings on file in this action, arguments of counsel, and any other matters that the Court deems appropriate.

Date:  June 13, 2014

Respectfully submitted,

*/s/ David H. Kramer*
David H. Kramer
(admitted *pro hac vice*)
dkramer@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

-2-

Tonia Ouellette Klausner
(admitted *pro hac vice*)
tklausner@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Steven P. Mandell
smandell@mandellmenkes.com
John David Fitzpatrick
jfitzpatrick@mandellmenkes.com
Elizabeth A.F. Morris
emorris@mandellmenkes.com
MANDELL MENKES LLC
One North Franklin Street, Suite 3600
Chicago, Illinois 60606
Telephone: (312) 251-1000
Facsimile: (312) 251-1010

*Attorneys for Defendant Path, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that Defendant Path, Inc.'s Motion for Certification Under 28 U.S.C. § 1292(b) was served upon counsel herein named by ECF on June 13, 2014.

>Mr. Jay Edelson
>Mr. Rafey S. Balabanian
>Mr. Ari J. Scharg
>Mr. David I. Mindell
>Mr. Benjamin H. Richman
>Mr. John C. Ochoa
>Mr. Mark S. Eisen
>EDELSON P.C.
>350 North LaSalle
>Suite 1300
>Chicago, IL 60654

 /s/ *David H. Kramer*
David H. Kramer