**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| KEVIN STERK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PATH, INC., a Delaware corporation,<br><br>Defendant. | Case No. 1:13-cv-02330<br><br>Honorable Manish S. Shah |

**UNOPPOSED MOTION BY MARK S. EISEN FOR LEAVE TO**
**WITHDRAW HIS APPEARANCE AS ONE OF THE**
**COUNSEL OF RECORD FOR PLAINTIFF**

Mark S. Eisen, one of the attorneys of record for Plaintiff Kevin Sterk ("Plaintiff"),

pursuant to Local Rule 83.17, respectfully moves this Court for leave to withdraw as counsel of

record for Plaintiffs in the above-captioned matter. In support of this Motion, Mr. Eisen states as

follows:

1.      Attorney Mark S. Eisen is no longer associated with the law firm Edelson PC,

which has been retained to represent Plaintiff in this matter. As such, Mr. Eisen seeks leave to

withdraw his appearance on behalf of Plaintiff.

2.      Although Mr. Eisen is no longer associated with Edelson PC, and will no longer

represent Plaintiff in this action, Plaintiff will continue to be represented by other attorneys at

Edelson PC, including Rafey S. Balabanian, Ari J. Scharg, and John C. Ochoa. Therefore,

Plaintiff will not be prejudiced by Mr. Eisen's withdrawal.

WHEREFORE, Mr. Eisen respectfully request that this Court enter an order granting him

leave to withdraw his appearance as one of the attorneys of record for Plaintiff.

Dated:  November 24, 2014           Respectfully submitted,

By: /s/  John C. Ochoa


By:  /s/ Mark S. Eisen

Rafey Balabanian
rbalabanian@edelson.com
Ari J. Scharg
ascharg@edelson.com
John C. Ochoa
jochoa@edelson.com
Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

## CERTIFICATE OF SERVICE

       I, John C. Ochoa, an attorney, hereby certify that on November 24, 2014, I served the above and foregoing ***Unopposed Motion for Leave to Withdraw Appearance of Attorney Mark S. Eisen as One of the Counsel of Record for Plaintiff***, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                 <u>/s/  John C. Ochoa</u>