

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

December 23, 2014

<u>Via CM/ECF</u>

The Honorable Judge Manish S. Shah
United States District Court
Northern District of Illinois, Eastern Division
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

    Re:    *Kevin Sterk v. Path, Inc.*
           Case No.: 1:13-cv-02330

Dear Judge Shah:

    We represent the defendant, Path., Inc., in the above-referenced action. We write to inform you, as requested at the last status conference, that the Seventh Circuit has ruled on Path's petition for interlocutory appeal. On Monday, December 22, 2014, the Court denied the petition without opinion.

                                    Respectfully submitted,

                                    WILSON SONSINI GOODRICH & ROSATI
                                  Professional Corporation

                                    */s Tonia Ouellette Klausner*

                                Tonia Ouellette Klausner

                                *Attorneys for Defendant Path, Inc.*

# CERTIFICATE OF SERVICE

The undersigned certifies that Defendant Path, Inc.'s letter to the Honorable Judge Manish S. Shah was served upon counsel herein named by CM/ECF on December 23, 2014.

        Mr. Jay Edelson
        Mr. Rafey S. Balabanian
        Mr. Ari J. Scharg
        Mr. David I. Mindell
        Mr. Benjamin H. Richman
        Mr. John C. Ochoa
        EDELSON P.C.
        350 North LaSalle
        Suite 1300
        Chicago, IL 60654

    */s Tonia Ouellette Klausner*
  Tonia Ouellette Klausner