IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN STERK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PATH, INC., a Delaware corporation,<br><br>Defendant. | Case No. 1:13-cv-02330<br><br>Judge: Hon. Manish S. Shah<br><br>Action Filed: March 28, 2013 |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Kevin Sterk ("Plaintiff") and Defendant Path, Inc. ("Defendant") that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and is, dismissed without prejudice as to all claims asserted by Plaintiff and without prejudice as to all claims asserted by the putative class. While the Parties have reached a class-wide settlement, Defendant is concerned that the outcome of the United States Supreme Court's recent grant of certiorari in *Spokeo, Inc. v. Thomas Robins*, No. 13-1339, might divest this Court of subject matter jurisdiction over the instant action before the proposed settlement is effectuated, in which case, to effectuate the agreed-upon settlement, the Parties would be required to start the approval process over in state court after significant notice costs and expenses have already been incurred. Accordingly, by its terms, the proposed settlement will be effectuated through the Circuit Court of Cook County.

1

                                                      Respectfully submitted,

                                                      **Plaintiff Kevin Sterk,**

Date: May 28, 2015                              By: /s/ Ari J. Scharg
                                                      Jay Edelson
                                                      jedelson@edelson.com
                                                      Rafey S. Balabanian
                                                      rbalabanian@edelson.com
                                                      Ari J. Scharg
                                                      ascharg@edelson.com
                                                      John C. Ochoa
                                                      jochoa@edelson.com
                                                      Edelson PC
                                                      350 North LaSalle Street, Suite 1300
                                                      Chicago, Illinois 60654
                                                     Telephone: 312.589.6370

                                                      *Attorneys for Plaintiff Sterk and the putative class*

                                                      **Defendant Path, Inc.,**

Dated: May 28, 2015                           By: /s/ Leslie D. Davis
                                                      David H. Krmer (*pro hac vice*)
                                                      dkramer@wsgr.com
                                                      Wilson Sonsini Goodrich & Rosati PC
                                                      650 Page Mill Road
                                                      Palo Alto, California 94304
                                                      Telephone: (650) 493-9300

                                                      Tonia Ouellette Klausner (*pro hac vice*)
                                                      tklausner@wsgr.com
                                                      Wilson Sonsini Goodrich & Rosati PC
                                                      1301 Avenue of the Americas, 40th Floor
                                                      New York, New York 10019
                                                      Telephone: (212) 999-5800

                                                      Leslie D. Davis
                                                      leslie.davis@dbr.com
                                                      Drinker Biddle & Reath LLP
                                                      191 North Wacker Drive, Suite 3700
                                                      Chicago, Illinois 60606
                                                      Telephone: 312-569-1000
                                                      Fascimile: 312-569-3000

                                                      *Attorneys for Defendant Path, Inc.*

## **CERTIFICATE OF SERVICE**

  I, Ari J. Scharg, an attorney, hereby certify that on May 27, 2015, I served the above and foregoing ***Stipulation of Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)***, by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 27th day of May, 2015.

          /s/ Ari J. Scharg